UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CISTASANY HATCH and DENNIS L. WILLIAMS,
Individually, and as Next Friends for DLW and JDW,
Minors, and DEANINE HATCH,

                Plaintiffs,

                Case No. 2:10-cv-10638-PSG

-v-

                Hon. Arthur J. Tarnow

FLYING DUTCHMAN MANAGEMENT, INC.,
A Michigan For Profit Corporation, DONALD E.
VAN CURLER, and SUSAN G. WATROUS,
Jointly and Severally,

                Magistrate Mark A. Randon

                Defendants.

Jonathan G. Weber (P-39712)
Attorney for Plaintiffs
606 East Cross Street
Ypsilanti, MI 48198
(734) 323-2535
webreal@sbcglobal.net

Mark A. Hopper (P-28493)
Dana A. Dever (P-24220)
DeLoof, Hopper, Dever & Wright, PLLC
Attorneys for Defendants
301 N. Main Street, Suite 250
Ann Arbor, MI 48104
(734) 994-1295
mah@dhdwlaw.com

## ORDER APPROVING SETTLEMENT MADE ON BEHALF OF MINORS

At a session of the United States District Court for the
Eastern District of Michigan, Southern Division,
Held on October 21, 2010,
Before the Hon. Arthur J. Tarnow
United States District Judge

WHEREAS the Court has held a hearing on the issue of approving the settlement of this matter made on behalf of minors, Defendants have withdrawn their opposition to said motion, and the Court being fully advised, now, therefore,

IT IS ORDERED that the settlement of this matter made on behalf of minors is approved.

_____
UNITED STATES DISTRICT JUDGE

Senior

Dated: October 21, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 21, 2010, by electronic and/or ordinary mail.

**S/LISA M. WARE**
**Case Manager**